# TABLE OF CONTENTS

CORPORATE DISCLOSURE STATEMENT ........................................................i

JURISDICTIONAL STATEMENT ...................................................................1

STATEMENT OF THE CASE............................................................................1

STANDARD OF REVIEW .................................................................................3

SUMMARY OF ARGUMENT ...........................................................................4

ARGUMENT ........................................................................................................4

    A.    The Bankruptcy Court had clear jurisdiction to resolve the First Amended Complaint..................................................................................6

    B.    The Bankruptcy Court, not the State Court, was the best forum to resolve the dispute..................................................................................9

        *i.*    Because the claims in the First Amended Complaint are directly tied to the Bankruptcy Court's prior rulings, many of the *Cedar Funding* factors favor keeping the dispute at the Bankruptcy Court .....................9

        *ii.*    The remaining *Cedar Funding* factors also disfavor remand ..........................................................................................15

CONCLUSION...................................................................................................18