Page(s)

**Cases**

*A–1 Ambulance Serv., Inc. v. California*,
   202 F.3d 1238 (9th Cir. 2000) ...................................................................................5

*In re Akhoian Enterprises, Inc.*,
   630 B.R. 329 (C.D. Cal. 2021) ................................................................................3, 5

*In re Allegheny Health Educ. & Rsch. Found.*,
   383 F.3d 169 (3d Cir. 2004) ....................................................................................11

*Brookfield Commc'ns, Inc. v. W. Coast Ent. Corp.*,
   174 F.3d 1036 (9th Cir. 1999) ...................................................................................5

*In re Caesars Ent. Operating Co., Inc.*,
   588 B.R. 233 ............................................................................................................3, 5

*In re Cedar Funding, Inc.*,
   419 B.R. 807 (B.A.P. 9th Cir. 2009) ..................................................................*passim*

*In re Conejo Enterprises, Inc.*,
   96 F.3d 346 (9th Cir. 1996) ......................................................................................3

*In re Enron Corp.*,
   296 B.R. 505 (C.D. Cal. 2003) .................................................................................3, 5

*In re Gawker Media LLC*,
   581 B.R. 754 (Bankr. S.D.N.Y. 2017) ...................................................................10, 14

*In re Kaiser Grp. Int'l, Inc.*,
   421 B.R. 1 (Bankr. D.D.C. 2009) ............................................................................12, 17

*United States ex rel. Kelly v. Serco, Inc.*,
   846 F.3d 325 (9th Cir. 2017) ....................................................................................5

*In re LandSource Communities Dev., LLC*,
   612 B.R. 484, 494 (D. Del.), *aff'd sub nom.
   LandSource Communities Dev. LLC v. Citizens
   Against Corp. Crime, LLC*, 834 F. App'x 747 (3d Cir. 2020),
   *cert. denied sub nom. Citizens Against Corp. Crime, LLC v.
   Lennar Corp.*, 141 S. Ct. 2725 (2021)...............................................................12

*In re Lazy Days' RV Ctr. Inc.*,
   724 F.3d 418 (3d Cir. 2013) .............................................................................10

*In re Maunakea*,
   448 B.R. 252 (D. Haw. 2011) ...........................................................................15

*In re McGhan*,
   288 F.3d 1172 (9th Cir. 2002) ............................................................................8

*Mendoza v. Gen. Motors, LLC*,
   Case No. 10-2683, 2010 WL 5224136
   (C.D. Cal. Dec. 15, 2010) ...................................................................................8

*In re Neel*,
   554 B.R. 241 (Bankr. D. Or. 2016) ............................................................12, 14

*In re Petrie Retail, Inc.*,
   304 F.3d 223 (2d Cir. 2002) ................................................................................8

*Smith v. Marsh*,
   194 F.3d 1045 (9th Cir. 1999) ............................................................................5

*Spitfire Energy Group v. Presidio Petroleum*,
   Case No. 20-11442, 2022 WL 951553
   (D. Del. Mar. 30, 2022) ................................................................................. 8-9

*Things Remembered v. Petrarca*,
   516 U.S. 124 (1995)............................................................................................6

*In re Tres Hermanos Dairy, LLC*,
   Case No. 11-10-14240-TR, 2014 WL 176772
   (Bankr. D.N.M. Jan. 16, 2014) ............................................................... 12-13, 17

**Statutes**

11 U.S.C. § 363 ...................................................................................................................... 18

28 U.S.C. §§ 157 .................................................................................................................... 11

28 U.S.C. § 158 ........................................................................................................................ 1

28 U.S.C. § 1334 ...................................................................................................................... 1

28 U.S.C. § 1452 ...................................................................................................................... 6

**Other Authorities**

1 Collier on Bankruptcy ¶ 3.07 ............................................................................................ 6

Fed. R. Civ. P. 12(b)(1) ............................................................................................................ 5