D.C. No. 1:22-cv-00441-JAO-KJM

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

---

In Re: PANIOLO CABLE COMPANY, LLC,

                                Debtor.

WAIMANA ENTERPRISES INC.,

                                Appellant,

v.

HAWAIIAN TELCOM, INC., et al.,

                                Appellees.

---

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

NO. HI-22-01180

HON. ROBERT J. FARIS

**APPELLANTS' REPLY BRIEF**

WILLIAM MEHEULA    2277
MEHEULA LAW, LLLC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone No.: (808) 599-9554
Email: bill@meheulalaw.com

Attorney for Appellants
WAIMANA ENTERPRISES INC.,
PA MAKANA LLC, and
CLEARCOM, INC

# TABLE OF CONTENTS

I. SUMMARY OF THE ARGUMENT ........................................................................ 2

CERTIFICATE OF COMPLIANCE ............................................................................ 3

CERTIFICATE OF SERVICE ..................................................................................... 4

D.C. No. 1:22-cv-00441-JAO-KJM

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: | BAP Case No. HI-22-01180 (RJF) |
| PANIOLO CABLE COMPANY, LLC, | |
| Debtor. | |
| _____ | |
| WAIMANA ENTERPRISES INC., | |
| Appellant, | |
| vs. | |
| HAWAIIAN TELCOM, INC.; DEPARTMENT OF HAWAIIAN HOME LANDS, STATE OF HAWAIʻI; TRUSTEE MICHAEL KATZENSTEIN, | |
| Appellees. | |

# REPLY BRIEF OF APPELLANTS

As this is an appeal of the Order Denying Remand of the FAC to State Court. This appeal will largely depend on the results of the Final Relief Appeal and FAC Dismissal Appeal. Accordingly, Appellants incorporate by reference the Opening and Reply Briefs in the Final Relief Appeal, Case No. 1:22-CV00427, and the FAC Dismissal Appeal, Case No. 1:22-CV00435.

Appellants respond to HTI's Opposition Brief to Appeal of the Order Denying Remand ("**Opposition**") as follows.

If the Final Relief Order and the FAC Dismissal Order are reversed, the issue of the effect of the MRA on the Marshal Sale Order and the 363 Sale Order and whether the Trustee obtained and transferred SIC's License 372 rights to HTI should be remanded to the Bankruptcy Court, and if the Bankruptcy Court on remand determines that SIC's License 372 rights *were not* transferred to HTI, the Bankruptcy Court should allow Appellants to reapply to remand the FAC to State Court.

On the other hand, if the Bankruptcy Court on remand determines that SIC's License 372 rights *were* transferred to HTI, the Bankruptcy Court should allow Appellants to reapply to remand the FAC to State Court because Appellants have their own License 372 rights that indisputably were not obtained by the Trustee and were not transferred to HTI.

Date: Honolulu, Hawaii, May 24, 2023.

/s/ *William Meheula*
WILLIAM MEHEULA

Attorney for Appellants
WAIMANA ENTERPRISES INC.,
PA MAKANA LLC, and
CLEARCOM, INC

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION, TYPEFACE REQUIREMENTS, AND TYPE STYLE REQUIREMENTS

1. This brief complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because:

☒ this brief contains <u>215</u> words, excluding the parts of the brief exempted by Fed. R. App. P. 32(a)(7)(B)(iii), or

☐ this brief uses a monospaced typeface and contains _____ lines of text, excluding the parts of the brief exempted by Fed. R. App. P. 32(a)(7)(B)(iii).

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because:

☒ this brief has been prepared in a proportionally spaced typeface using *(state name and version of word processing program)* Microsoft Word in 14-point Times New Roman, or

☐ this document has been prepared in a monospaced typeface using *(state name and version of word processing program)* _____ with *(state number of characters per inch and name of type style)*.

/s/ *William Meheula*          Date: <u>May 24</u>, 2023.

# CERTIFICATE OF SERVICE

D.C. No. 1:22-cv-00441-JAO-KJM

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

☒ I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants:

**Description of Document(s):**

REPLY BRIEF in HI-22-01180

/s/ *William Meheula*　　　　　　　　　Date:  May 24, 2023.